IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| REBECCA HOIE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05-00951-CV-W-DW |
| ) | |
| DENNIS KINDLE ) | |
| and STATE LINE ) | |
| CHIROPRACTIC ) | |
| CENTER, INC. and ) | |
| LARRY ) | |
| HOLTFRERICH ) | |
| ) | |
| Defendants. ) | |

ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. 4). The parties move the Court to dismiss this case with prejudice and with each party to bear his own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITHOUT PREJUDICE. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED

                                                 /s/ DEAN WHIPPLE
                                                        Dean Whipple
                                                 United States District Judge

DATE:  November 14, 2005